United States District Court
Southern District of Texas
**ENTERED**
December 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAVETTA LINTON | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-2144 |
| | § | |
| DAYBREAK VENTURE, LLC | § | |
|     Defendant. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court GRANTS the motion and dismisses the suit with prejudice. Each party shall bear their own costs. The Court denies all relief not specifically granted.

Signed on: _December 6_____, 2016

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

Approved and Entry Requested:

/s/ Stephanie J. James
Stephanie J. James (Larsen)
State Bar No. 24085425
UNDERWOOD LAW FIRM, P.C.
P. O. Box 9158
Amarillo, Texas 79105-9158
(806) 379-0313
(806) 242-0535 [fax]
Stephanie.james@uwlaw.com